■ NANCY M. LEVEY, an Infant by Her Guardian ad Litem, ELNA I. GOCINSKI, Respondent, v. OTTO HEMME, Defendant, and ROSE WILBER et al., Appellants.— In an action by an infant to recover damages for personal injuries, the appeal is from an order granting discovery and inspection of a statement

concerning the accident, given by said infant to an investigator of appellants' insurance carrier. Order affirmed, with $10 costs and disbursements. In view of the liberalized pretrial practice, the facts and circumstances herein, in our opinion, warranted the relief granted. (*Wilhelm* v. *Abel*, 1 A D 2d 55; *Totoritus* v. *Stefan*, 6 A D 2d 123; *Holleran* v. *Kenna*, 6 A D 2d 740; *Destin* v. *Bernhard Mayer Estate*, 123 N. Y. S. 2d 271; *Herlihy* v. *Costa*, 5 Misc 2d 192; *Swartzman* v. *Sova*, 11 Misc 2d 691.) Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.